UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC.,<br><br>    Defendants. | Case No. C-13-4513-RMW<br><br>**ORDER FOR BRIEFING RE LIFTING THE STAY**<br><br>[Re: Docket No. 130] |

The parties on May 5, 2014 filed the required joint status report, which stated that the PTO has denied all but one of the pending IPR petitions on the asserted patents, which was granted as to 13 claims. The court would like further briefing on whether the stay currently in place should be lifted. Should it wish to lift the stay, Evolutionary Intelligence may file a brief in support of no more than 5 pages no later than 5 p.m. on May 16, 2014. The defendants may file a brief in opposition of no more than 5 pages no later than 5 p.m. on May 23, 2014.

Dated: May 8, 2014

RONALD M. WHYTE
United States District Judge