UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC.,<br><br>Defendants. | Case Nos. C-13-04513 RMW, C-13-04201 DJ, C-13-04202 SI, C-13-04203 MMC, C-13-04204 SI, C-13-04205 WHO, C-13-04206 EJD, C-13-04207 JSW, C-13-03587 DMR<br><br>**ORDER TO SHOW CAUSE RE: CONSOLIATION** |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendants. | |

OSC RE: CONSOLIDATION, Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587

- 1 -

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>               Defendants. |
| 7<br>8<br>9<br>10<br>11<br>12 | EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>FOURSQUARE LABS, INC.,<br><br>               Defendants. |
| 13<br>14<br>15<br>16<br>17<br>18 | EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>GROUPON, INC.,<br><br>               Defendants. |
| 19<br>20<br>21<br>22<br>23<br>24 | EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>LIVINGSOCIAL, INC.,<br><br>               Defendants. |
| 25<br>26<br>27<br>28 | |

**United States District Court**
**For the Northern District of California**

OSC RE: CONSOLIDATION, Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>              Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>YELP, INC.,<br><br>              Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>MILLENIAL MEDIA, INC.,<br><br>              Defendants. | |

It appears to the court that the above nine *Evolutionary Intelligence* cases all involve the same two patents and that efficiency and judicial economy suggest that the cases should be consolidated for all pretrial proceedings through claim construction. Therefore, it is hereby ordered that the parties show cause as to why the cases should not be consolidated for pretrial proceedings through claim construction. The parties may file a stipulation for such consolidation and avoid the need to appear, or, if any party opposes such consolidation, it must file a statement not to exceed 5 pages in length no later than Wednesday, July 2, 2014 and appear for a hearing at 9 a.m. on July 11, 2014.

OSC RE: CONSOLIDATION, Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587

- 3 -

Dated: June 23, 2014



RONALD M. WHYTE
United States District Judge

OSC RE: CONSOLIDATION, Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587

- 4 -