UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC.,<br><br>　　　　Defendants. | Case Nos. C-13-04513 RMW, C-13-04201 JD, C-13-04202 SI, C-13-04203 MMC, C-13-04204 SI, C-13-04205 WHO, C-13-04206 EJD, C-13-04207 JSW, C-13-03587 DMR<br><br>**ORDER ASSIGNING JUDGE TO CONSIDER CONSOLIDATION OR RELATION AND, IF APPROPRIATE, TO BE PRESIDING JUDGE** |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>　　　　Defendants. | |

| | |
|---|---|
| 1  EVOLUTIONARY INTELLIGENCE, LLC, | |
| 2 | |
| 3                Plaintiff, | |
| 4  v. | |
| 5  FACEBOOK, INC., | |
| 6                Defendants. | |
| 7  EVOLUTIONARY INTELLIGENCE, LLC, | |
| 8 | |
| 9                Plaintiff, | |
| 10  v. | |
| 11  FOURSQUARE LABS, INC., | |
| 12               Defendants. | |
| 13  EVOLUTIONARY INTELLIGENCE, LLC, | |
| 14 | |
| 15               Plaintiff, | |
| 16  v. | |
| 17  GROUPON, INC., | |
| 18               Defendants. | |
| 19  EVOLUTIONARY INTELLIGENCE, LLC, | |
| 20 | |
| 21               Plaintiff, | |
| 22  v. | |
| 23  LIVINGSOCIAL, INC., | |
| 24               Defendants. | |

ORDER ASSIGNING JUDGE TO CONSIDER CONSOLIDATION OR RELATION AND, IF APPROPRIATE, TO BE PRESIDING JUDGE       - 2 -

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | |
| TWITTER, INC., | |
| Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | |
| YELP, INC., | |
| Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | |
| MILLENIAL MEDIA, INC., | |
| Defendants. | |

Pursuant to the agreement of the originally assigned judges in the above-captioned cases made June 19, 2014, the Assignment Committee designated District Judge Ronald M. Whyte to determine whether the cases should either be consolidated through claim construction or related and, if either consolidated or related, to preside over the consolidated or related cases.

Dated: July 28, 2014

_____
Claudia Wilken
Chief United States District Judge

ORDER ASSIGNING JUDGE TO CONSIDER CONSOLIDATION OR RELATION AND, IF APPROPRIATE, TO BE PRESIDING JUDGE

- 3 -