|  |  |
|---|---|
| EVOLUTIONARY INTELLEGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT COMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC.,<br><br>Defendants. | Case No, 5:13-cv-04513-RMW<br><br>**STIPULATION AND []**<br>**ORDER GRANTING MOTION FOR**<br>**ADMINISTRATIVE RELIEF** |

Plaintiff Evolutionary Intelligence, LLC ("Plaintiff") and Defendants Sprint Nextel Corporation, Sprint Communications Company L.P., Sprint Spectrum L.P. and Sprint Solutions Inc. ("Sprint") hereby stipulate as follows:

1. The Shook, Hardy & Bacon LLP attorneys of record for Defendants Sprint Nextel Corporation, Sprint Communications Company L.P., Sprint Spectrum L.P. and Sprint Solutions Inc. ("Sprint") seek an Order granting withdrawal as counsel for Sprint in the above-captioned litigation pursuant to Civil L.R. 7-11(a) and 11-5(a).

2. Sprint has retained the law firm of Polsinelli PC to replace Shook, Hardy & Bacon LLP as its counsel in this matter. Attorney Zuzana S. Ikels of Polsinelli PC entered her appearance on behalf of Sprint on July 10, 2015. (Doc. No. 199.) Attorneys Jay E. Heidrick and Karen Morris of Polsinelli PC have filed motions for leave to appear *pro hac vice* on behalf of Sprint. (Doc. Nos. 201, 203.)

3. The granting of the Motion will not cause prejudice or delay to any party.

4. Accordingly, Shook, Hardy & Bacon LLP's Motion for Administrative Relief to Withdraw as Counsel for the Sprint Defendants should be GRANTED, and Attorneys Jamie H. Kitano, Andrew L. Chang, B. Trent Webb, John D. Garretson, Christine A. Guastello, and Beth A. Larigan should be terminated as counsel in this proceeding.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 21, 2015 | Respectfully submitted, |
| /s/ Beth A. Larigan | /s/Todd M. Kennedy |
| Jamie H. Kitano (SBN: 268078) | Adam J. Gutride |
| jkitano@shb.com | adam@gutridesafier.com |
| Andrew Chang (SBN: 222309) | Todd M. Kennedy |
| achang@shb.com | todd@gutridesafier.com |
| SHOOK, HARDY & BACON L.L.P. | Anthony J Patek |
| One Montgomery, Suite 2700 | apatek@pateklaw.com |
| San Francisco, California 94104-4505 | Marie Ann McCrary |
| Telephone:     415.544.1900 | marie@gutridesafier.com |
| Facsimile:     415.391.0281 | Seth A. Safier |
| | seth@gutridesafier.com |
| B. Trent Webb (*Pro Hac Vice*) | GUTRIDE SAFIER LLP |
| bwebb@shb.com | 100 Pine Street, Suite 1250 |
| John D. Garretson  (*Pro Hac Vice)* | San Francisco, CA 94111 |
| jgarretson@shb.com | Telephone:     415.789.6390 |
| Christine A. Guastello (*Pro Hac Vice*) | Facsimile:     415.449.6469 |
| cguastello@shb.com | |
| Beth A. Larigan  (*Pro Hac Vice*) | Attorneys for Plaintiff |
| blarigan@shb.com | EVOLUTIONARY INTELLIGENCE, LLC |
| SHOOK, HARDY & BACON L.L.P. | |
| 2555 Grand Blvd. | |
| Kansas City, MO 64108 | |
| Telephone:     816.474.6550 | |
| Facsimile:     816.421.5547 | |

/s/ Zuzana S. Ikels
Zuzana S. Ikels
zikels@polsinelli.com
POLSINELLI PC
3 Embarcadero Center, Ste. 1350
San Francisco, CA 94111
Telephone:     415.248.2100
Facsimile:     415.248.2101

Attorney for Defendants
SPRINT NEXTEL CORPORATION,
SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., AND SPRINT SOLUTIONS INC.

     Pursuant to L.R. 5-1(i)(3), the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Date:  July 21, 2015                                                         /s/ *Jamie H. Kitano*
                                                                                          Jamie H. Kitano

PURSUANT TO STIPULATION, IT IS SO ORDERED. Shook, Hardy & Bacon LLP's Motion for Administrative Relief, Pursuant to Civil L.R. 7-11(a) and 11-5(a), to Withdraw as Counsel for the Sprint Defendants is GRANTED. Attorneys Jamie H. Kitano, Andrew L. Chang, B. Trent Webb, John D. Garretson, Christine A. Guastello, and Beth A. Larigan are hereby terminated as counsel in this proceeding.

DATED: _____   By: *Ronald M. Whyte*
   Hon. Ronald M. Whyte
   United States District Court