CHRISTOPHER STRETCH
(CA Bar No. 166752)
christopher.stretch@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:     (415) 983-1000
Fax:    (415) 983-1200

*Attorneys for Defendant Facebook, Inc.*

[See signature block for list of additional counsel]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, *et al*.,<br><br>    Defendants-Counterclaim Plaintiffs. | **Case No. 4:13-cv-04513-PJH**<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF EVOLUTIONARY INTELLIGENCE LLC'S MOTION FOR CONSOLIDATION**<br><br>Date:    April 3, 2019<br>Time:   9:00 a.m.<br>Judge:  Honorable Phyllis J. Hamilton<br>Room:  Courtroom 3, 3rd Floor |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant-Counterclaim Plaintiff. | **Case No. 4:13-cv-04201-PJH**<br><br>Related with 4:13-cv-04513-PJH |

| | | |
|---|---|---|
| 1 | EVOLUTIONARY INTELLIGENCE, LLC, | **Case No. 4:13-cv-04202-PJH** |
| 2 |         Plaintiff-Counterclaim Defendant, | |
| 3 | | Related with 4:13-cv-04513-PJH |
| 4 | v. | |
| 5 | FACEBOOK, INC., | |
| 6 |         Defendant-Counterclaim Plaintiff. | |
| 7 | | |
| 8 | EVOLUTIONARY INTELLIGENCE, LLC, | **Case No. 4:13-cv-04203-PJH** |
| 9 |         Plaintiff-Counterclaim Defendant, | |
| 10 | | Related with 4:13-cv-04513-PJH |
| 11 | v. | |
| 12 | FOURSQUARE LABS, INC., | |
| 13 |         Defendant-Counterclaim Plaintiff. | |
| 14 | EVOLUTIONARY INTELLIGENCE, LLC, | **Case No. 4:13-cv-04204-PJH** |
| 15 |         Plaintiff-Counterclaim Defendant, | |
| 16 | | Related with 4:13-cv-04513-PJH |
| 17 | v. | |
| 18 | GROUPON, INC., | |
| 19 |         Defendant-Counterclaim Plaintiff. | |
| 20 | | |
| 21 | EVOLUTIONARY INTELLIGENCE, LLC, | **Case No. 4:13-cv-04205-PJH** |
| 22 |         Plaintiff-Counterclaim Defendant, | |
| 23 | | Related with 4:13-cv-04513-PJH |
| 24 | v. | |
| 25 | LIVINGSOCIAL, INC., | |
| 26 |         Defendant-Counterclaim Plaintiff. | |

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | **Case No. 4:13-cv-04206-PJH** |
|     Plaintiff-Counterclaim Defendant, | |
|     v. | Related with 4:13-cv-04513-PJH |
| MILLENNIAL MEDIA, INC., | |
|     Defendant-Counterclaim Plaintiff. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | **Case No. 4:13-cv-04207-PJH** |
|     Plaintiff-Counterclaim Defendant, | |
|     v. | Related with 4:13-cv-04513-PJH |
| TWITTER, INC., | |
|     Defendant-Counterclaim Plaintiff. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | **Case No. 4:13-cv-03587-PJH** |
|     Plaintiff-Counterclaim Defendant, | |
|     v. | Related with 4:13-cv-04513-PJH |
| YELP, INC., | |
|     Defendant-Counterclaim Plaintiff. | |

///

///

///

Pursuant to Civil L.R. 7-3(b), and the Court's discretion to consolidate these related cases, Defendants do not oppose Plaintiff's Motion to Consolidate the nine related cases (Dkt. No. 240) for the limited purpose of resolving Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b)(6) (Dkt. No. 239).

Dated: February 11, 2019

Respectfully submitted,

*/s/ Christopher Stretch*

CHRISTOPHER STRETCH
(CA Bar No. 166752)
christopher.stretch@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:     (415) 983-1000
Fax:     (415) 983-1200

HEIDI L. KEEFE (CA Bar No. 178960)
hkeefe@cooley.com
MARK R. WEINSTEIN (CA Bar No. 193043) mweinstein@cooley.com
REUBEN H. CHEN (CA Bar No. 228725)
rchen@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Phone:      (650) 843-5000
Facsimile:  (650) 849-7400

***Attorneys for Defendant Facebook, Inc.***

*/s/ Jeffrey Ostrow*

JEFFREY E. OSTROW (CA Bar No. 213118)
jostrow@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

***Attorneys for Defendant Apple Inc.***

*/s/ Colby Springer*

Colby B. Springer (CA Bar No. 214868)
cspringer@polinelli.com
Hannah T. Yang (CA Bar No. 311814)
hyang@polsinelli.com
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone:   415.248.2100
Facsimile:    415.248.2101

Jay E. Heidrick (*Pro Hac Vice*)
jheidrick@polsinelli.com
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:   816.572.4765
Facsimile:    816.817.0452

Karen Zelle Morris (*Pro Hac Vice*)
kzmorris@polsinelli.com
POLSINELLI PC
100 S. 4th Street, Suite 1000
St. Louis, MO 63102
Telephone:   314.889.8000
Facsimile:    314.622-6775

***Attorneys for Defendants Sprint Nextel Corporation, Sprint Communications Company L.P., Sprint Spectrum, L.P., and Sprint Solutions, Inc.***


*/s/ Karen Boyd*

Karen Boyd (State Bar No. 189808)
boyd@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94068
Tel:  (650) 521-5930
Fax:  (650) 521-5931

Craig R. Smith (*Pro Hac Vice*)
csmith@lalaw.com
Eric P. Carnevale (*Pro Hac Vice*)
ecarnevale@lalaw.com
LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

Tel:  (617) 395-7000
Fax:  (617) 395-7070

***Attorneys for Defendant Foursquare Labs, Inc.***

*/s/ Thomas Duston*

Thomas L. Duston (*Pro Hac Vice*)
tduston@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL  60606-6357
Telephone:  (312) 474-6300
Facsimile:    (312) 474-0448

***Attorneys for Defendants Groupon, Inc. and Living Social, Inc.***

*/s/ Matthew Brigham*

Matthew J. Brigham (CA State Bar No. 191428)
mbrigham@cooley.com
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:      (650) 857-0663


Christopher C. Campbell (*Pro Hac Vice*)
ccampbell@cooley.com
COOLEY LLP
One Freedom Square – Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

***Attorneys for Defendant Millennial Media, Inc.***

*/s/ Steven Moore*

Steven D. Moore (State Bar No. 290875)
mmeyer@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

|   |   |
|---|---|
|   | Matthew J. Meyer (State Bar No. 284578)<br>mmeyer@kilpatricktownsend.com<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br><br>***Attorneys for Defendants Yelp Inc. and Twitter, Inc.*** |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this document.

Dated: February 11, 2019                               By:     /s/ Christopher Stretch
                                                                         Christopher Stretch