UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVOLUTIONARY INTELLIGENCE, LLC,

    Plaintiff,

    v.

SPRINT NEXTEL CORPORATION, et al.,

    Defendants.

Case No. 13-cv-04513-PJH

**ORDER VACATING HEARING**

Re: Dkt. No. 262

Plaintiff in the above-entitled action has filed a motion to vacate judgment and a motion to consolidate. Dkts. 239-40. Those motions are set for hearing on April 10, 2019. The court is now in receipt of the parties' stipulation requesting that the hearing date be continued to June 5, 2019. Dkt. 262. The court finds that the motions are appropriate for decision without oral argument, and accordingly, VACATES the hearing date. The court will issue a ruling on the papers.

**IT IS SO ORDERED.**

Dated: April 1, 2019

PHYLLIS J. HAMILTON
United States District Judge