Nicholas Ranallo
nick@ranallolawoffice.com
2443 Fillmore St., #380-7508
San Francisco, CA 94115
T: (831) 607-9229
F: (831) 533-5073

Isaac Rabicoff
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Attorneys for Plaintiff*
*Evolutionary Intelligence, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>SPRINT NEXTEL CORP.<br><br>    Defendant | CASE NO. 4:13-cv-04513-PJH<br><br>**KENNETH MATUSZEWSKI'S NOTICE OF WITHDRAWAL AS COUNSEL** |

---

*Evolutionary Intelligence, LLC v. Sprint Nextel Corp. et al.*, Case No. 5:13-cv-4513-RMW
Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Relief from Judgment

NOW COMES Kenneth Matuszewski of Rabicoff Law LLC, attorney of record for Evolutionary Intelligence, LLC ("Evolutionary Intelligence"), and his Notice of Withdrawal as Counsel, states as follows:

1. Kenneth Matuszewski first appeared in this matter on December 28, 2018.

2. Current counsel Isaac Rabicoff and Nicholas Ranallo are serving as counsel for Evolutionary Intelligence.

3. Current counsel Kenneth Matuszewski of Rabicoff Law LLC therefore withdraws as counsel for Evolutionary Intelligence.

Respectfully Submitted,
*/s/ Kenneth Matuszewski*
Kenneth Matuszewski
kenneth@rabilaw.com
Isaac Rabicoff
isaac@rabilaw.com
Rabicoff Law LLC
73 West Monroe Street
Chicago, IL 60603
Phone: (773) 669-4590

Nicholas Ranallo
Ranallo Law Office
2443 Fillmore St., #380-7508
San Francisco, CA 94115
Phone: (831) 607-9229
nick@ranallolawoffice.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 16, 2019, via the Court's CM/ECF system or by e-mail.

/s/ Kenneth Matuszewski
Counsel for Plaintiff

1